**Rex B. LANTZ, Jr., Plaintiff–Appellant,**

v.

**Paul J. FISCHER, Defendant–Appellee.**

No. 01–1253.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Sept. 18, 2001.

Henry S. Keuling–Stout, Keuling Stout, P.C., Big Stone Gap, VA, for appellant. Frederick W. Adkins, Cline, Adkins & Cline, Norton, VA, for appellee.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Rex B. Lantz, Jr., appeals from the district court's order granting the Defendant summary judgment and denying Lantz's motion to amend the judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reason-

ing of the district court. *Lantz v. Fischer,* No. CA–00–24–2, 2001 WL 420377 (W.D.Va. Jan. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*